UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

— v. —

ANTHONY DEO,

         Defendant.

- - - - - - - - - - - - - - - - x

ORIGINAL

10 CRIM 631

NOTICE OF INTENT
TO FILE AN INFORMATION

JUDGE KOELTL

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June 23, 2010

                                      PREET BHARARA
                                      United States Attorney

                        By:   */s/ Rebecca Rohr*
                            Rebecca Rohr
                            Assistant United States Attorney
                            Tel: 212-637-2531
                            Fax: 212-637-2620

                            AGREED AND CONSENTED TO:

                      By:   */s/*
                            Anthony Colleluori, Esq.
                            Attorney for Anthony Deo

wheel A