JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INFORMATION

        -v.- : 10 CRIM 631

ANTHONY DEO, :

        Defendant. :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From at least in or about 2005, up through and including in or about 2009, in the Southern District of New York and elsewhere, ANTHONY DEO, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 1343 of Title 18, United States Code.

2. It was a part and an object of the conspiracy that ANTHONY DEO, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals,

pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about October 2008, DEO caused to be submitted a mortgage application which contained materially false information relating to a property located in the vicinity of 9263 218th Street, Queens Village, New York.

    b. In or about October 2008, and in connection with the mortgage loan transaction for the property in the vicinity of 9263 218th Street, Queens Village, New York, DEO caused funds to be sent by wire from New York, New York to Cleveland, Ohio.

    c. In or about October 2008, DEO caused to be submitted a mortgage application which contained materially false information relating to a property located in the vicinity of 4 Darius Court, Huntington Station, NY.

    d. In or about October 2008, and in connection with the mortgage loan transaction for the property in the

vicinity of 4 Darius Court, Huntington Station, NY, DEO caused funds to be sent by wire from Katy, Texas to New York, New York.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

(Wire Fraud)

The United States Attorney further charges:

4.  In or about October 2008, in the Southern District of New York and elsewhere, ANTHONY DEO, the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, DEO engaged in a scheme to defraud by causing the submission of a mortgage application which contained materially false information to procure a home mortgage loan on a property located in the vicinity of 9263 218th Street, Queens Village, New York, and, in the course of executing this scheme, caused funds to be sent by wire from New York, New York, to Cleveland, Ohio.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATIONS

5. As a result of committing the offenses alleged in Counts One and Two of this Information, ANTHONY DEO, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the wire fraud offenses alleged in Counts One and Two of this Information, including but not limited to a sum of money equal to $300,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and Title 18, United States Code, Sections 1343 and 1349.)

_____
PREET BHARARA
United States Attorney         JSK

5

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANTHONY DEO,

Defendant.

---

**INFORMATION**

10 Cr. ___

(18 U.S.C. §§ 1349, 1343 and 2.)


                                    PREET BHARARA
                            United States Attorney.

---

7/20/2010 FILED WAIVER OF INDICTMENT AND INFORMATION. DEFT PRES w/ATTY ANTHONY J. COLLELOUMI, REPORTER PAM JETTER, DEFT ARRAIGNED ON INFORMATION. DEFT ENTERS PLEA OF GUILTY TO TWO-COUNT INFORMATION. SENTENCE DATE 1/21/2010 AT 2:30PM. PSI ORDERED. DEFT ROR; BAIL EXT TO SDNY, EDNY, VA, FL; SURR TRAVEL DOCUMENTS.
                                                    — JUDGE KOELTL