UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ANTHONY DEO,
                Defendants.
-------------------------------------------------------X

10 cr 631 (JGK)

ORDER

The defendant, Anthony Deo, is hereby released on his own recognizance; the defendant shall be processed by the United States Marshal Service and shall surrender all travel documents and make no new applications for travel documents. The defendant's travel is restricted to the Southern and Eastern Districts of New York, and the states of Virginia and Florida, *and any intermediate states necessary for travel.*

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 20, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/10