```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

10 cr 631 (JGK)

        -against-

**ORDER**

ANTHONY DEO,

                Defendants.

-------------------------------------------------------------X

The defendant, Anthony Deo, is hereby released on his own recognizance; the defendant

shall be processed by the United States Marshal Service and shall surrender all travel documents

and make no new applications for travel documents. The defendant's travel is restricted to the

Southern and Eastern Districts of New York, and the states of Virginia and Florida, *and*
*any intermediate states necessary*
*for travel*

**SO ORDERED.**

                _____

                **JOHN G. KOELTL**
          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      July 20, 2010