```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF CASE
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                       NOTICE OF APPEARANCE AND
          -v.-                      :  REQUEST FOR ELECTRONIC
                                       NOTIFICATION
ANTHONY DEO,                        :
                                       10 Cr. 631 (JGK)
              Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the Assistant United States Attorney already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

By:   _____/s/_____
      Lee Renzin
      Assistant United States Attorney
      (212) 637-2723