AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   10-CR-631 |
| ANTHONY DEO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Anthony Deo

Date:   07/16/2012

*Attorney's signature*

Anthony J. Colleluori -106389
*Printed name and bar number*

68 S Service Rd. Suite 100
Melville NY, 11747

*Address*

Office.Catlaw1@gmail.com
*E-mail address*

(516) 741-3400
*Telephone number*

(631) 414-7549
*FAX number*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2012