```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x    ECF CASE
                              :
UNITED STATES OF AMERICA      :
                              :    NOTICE OF APPEARANCE AND
        -v.-                  :    REQUEST FOR ELECTRONIC
                              :    NOTIFICATION
ANTHONY DEO,                  :
                              :    No. 10 Cr. 631(JGK)
        Defendant.            :
                              :
------------------------------x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk of Court to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

                      PREET BHARARA
                      United States Attorney for the
                        Southern District of New York

                By:  /s/ Daniel S. Noble
                     Assistant United States Attorney
                     (212) 637-2239

Cc:   Defense Counsel (by ECF)