# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser, Esq.
Thomas A. Kenniff, Esq
James M. Ingoglia, Esq
Anthony J Colleluori, Esq.
Bruce R Connolly, Esq.
Mary Beth Ott, Esq.
Valerie K Mitchell, Esq.
Rashika N Hettiarachchi, Esq.

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Alexander Levine, Esq
Edward Fregos, Esq.
Giovanni L. Escobedo, Esq.
John McDonnell, Esq.
Stephen C. Dachtera, Esq.
Ariana C Smith, Esq.
Emily Shaw Record, Esq.
Khadija Misuraca, Esq.
Laura A. Mintz, Esq
LaToya R.A James, Esq.
Michael P. Bassett, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/2/15

January 29, 2015

**TO BE FILED UNDER SEAL VIA FAX**

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Attn: Honorable John G. Koeltl, U.S.D.J.
500 Pearl Street
New York, New York 10007-1312
(212) 805-7912 (fax)

*[Handwritten notation:]* DEFENSE SUBMISSIONS: 3/27/2015
GOVT SUBMISSIONS: 4/2/2015
SENTENCING ADJOURNED TO FRIDAY, APRIL 10, 2015, AT 2:30PM
SO ORDERED.
[signature] 1/30/15 USDJ

Re: United States of America v. DEO, Anthony
Docket No.: 10-CR-631-01 (JGK)

Dear Judge Koeltl:

I am writing to respectfully request additional time to submit and file Defendant's Pre-Sentencing Memorandum, on behalf of Mr. Deo, to February 13, 2015 and an adjournment of Mr. Deo's sentencing date to February 27, 2015. I have advised Assistant U.S. Attorney Daniel Noble of my intention to respectfully ask the Honorable Court for the extensions respectfully sought herein, and Mr. Noble has no objection to my requests for same.

As the Court is aware, I have previously been granted extensions due to extreme circumstances involving my family, medical conditions and my personal obligations relating to same. Unfortunately, since the last adjournment, I was involved in an automobile accident on January 2, 2015 and lost five days work. Shortly after I returned to work, we suffered a death in the family, resulting in my need to take additional time away from the office. Additionally, as the Court is aware, my wife is chronically ill with Scleroderma and recently developed an infection in her arm, necessitating weekly trips to Manhattan for medical treatment. As a result, I have been unable to complete the Pre-Sentencing Memorandum on Mr. Deo's behalf.

I write now to request additional time to submit the Pre-Sentencing Memorandum to **February 13, 2015** and an adjournment of the Sentencing date to **February 27, 2015**. This additional time which I am respectfully requesting herein will enable me to complete the Memorandum in this matter.

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711

Defendant further respectfully requests that this correspondence be filed under seal in light of the nature of the Defendant's continued cooperation.

Thank you for your consideration of my request.

Sincerely,

*Anthony Colleluori*

Anthony J. Colleluori

cc:   **Via Fax: (212) 637-2240**
United States Attorney's Office
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Attention: AUSA Daniel Noble

**Via Fax: (212) 805-0047**
United States District Court
Southern District of New York
Probation Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Attention: Pamela C. Perea, U.S. Probation Officer