

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 7, 2015

**BY FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*Adjourned to Friday,*
*May 15, 2015, at 2:30pm*
*So ordered.*
*[signature]*
*S D J*
*4/14/15*

Re: **United States v. Anthony Deo,**
10 Cr. 631 (JGK)

Dear Judge Koeltl:

    The defendant in the above-referenced case is scheduled to be sentenced on Friday, April 10, 2015 at 2:30 p.m. The Government writes respectfully, with the consent of the defendant's counsel, to request that the sentence be adjourned to a Friday in mid-May 2015 at a time convenient for the Court. The undersigned will be traveling out of state on Friday and the requested adjournment will provide defense counsel with additional time to file a written sentencing submission on behalf of the defendant.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Daniel S. Noble
Assistant United States Attorney
(212) 637-2239

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-14-15

cc: Anthony Colcluori, Esq. (via electronic mail)
Pamela C. Perea, U.S. Probation Officer (via electronic mail)