```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    CONSENT ORDER OF FORFEITURE
                                 :
        -v.-                     :    10 Cr. 631 (JGK)
                                 :
ANTHONY DEO,                     :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, on July 20, 2010, ANTHONY DEO (the "defendant"), was charged in a two-count Information, 10 Cr. 631 (JGK) (the "Information"), with conspiring to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two);

WHEREAS, the Information included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the offenses alleged in the Information, including but not limited to a sum of money equal to $300,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses alleged in the Information;

WHEREAS, on July 20, 2010, the defendant pled guilty to the Information pursuant to a plea agreement with the Government;

WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation and agreed to

forfeit to the United States, pursuant to Title 18, United States Code, Section 982, a sum of money equal to $300,000 in United States currency representing property constituting or derived from proceeds obtained directly or indirectly as a result of the offenses alleged in the Information;

WHEREAS, the defendant consents to a money judgment in the amount of $300,000 in United States currency, representing property constituting or derived from proceeds obtained directly or indirectly as a result of the offenses alleged in the Information;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Rebecca A. Rohr, of counsel, and the defendant, and his counsel, Anthony Colleluori, Esq. that:

1. As a result of the offenses charged in the Information, to which the defendant pled guilty, a money judgment in the amount of $300,000 in United States currency shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the defendant upon entry of this Order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Rebecca A. Rohr, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

7. The signature pages of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____       7/20/10
    Rebecca A. Rohr                        DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2531

ANTHONY DEO
DEFENDANT

By: _____       7/20/10
    ANTHONY DEO                            DATE

By: _____       7/20/10
    Anthony Colleluori, Esq.               DATE
    Attorney for Defendant
    180 Froehlich Farm Blvd.
    Woodbury, NY 11797
    (516) 741-3400

SO ORDERED:

_____           1/15/16
HONORABLE JOHN G. KOELTL                  DATE
UNITED STATES DISTRICT JUDGE

4